UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

| | |
|---|---|
| U.S.A . | ECF Case |
| Plaintiffs, | 1:12-cr-00171-UA (PO) |
| v. | **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |
| Zemlyansky et al., | |
| Defendants | |

------------------------------------------ X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Geoffrey Batsiyan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Boris Treysler in the above-captioned action. I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 9,2012     Respectfully Submitted,

_____

Applicant Signature

Applicant's Name:  Geoffrey Batsiyan

Firm Name: Law Office of Geoffrey Batsiyan, PLLC.

Address:  2715 Coney Island Ave.

City / State / Zip: Brooklyn NY 11235

Telephone / Fax:  347-492-7755 / 347-214-3000

E-M ail: Geoffrey@Batsiyan.com



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Geoffrey Robert Batsiyan** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of May 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 05, 2012.

*Aprilanne Agostino*

Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
U.S.A .
Plaintiffs,
v.
Zemlyansky et al.,
Defendants
----------------------------------------- X

ECF Case

1:12-cr-00171-UA (PO)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Geoffrey Batsiyan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New York; and that his contact information is as follows:

Applicant's Name: Geoffrey Batsiyan

Firm Name: Law Office of Geoffrey Batsiyan

Address: 2715 Coney Island Ave.

City / State / Zip: Brooklyn NY 11235

Telephone / Fax: 347-492-7755 / 347-214-3000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Boris Treysler in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: March 9,2012

______________________________

United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
U.S.A .

                Plaintiffs,                ECF Case

     v.

                                   1:12-cr-00171-UA (PO)

Zemlyansky et al.,

                                   **CERTIFICATION OF SERVICE**

                Defendants
------------------------------------------- X

    I hereby certify that on March 8th, 2012, service was made in the form of an oral motion requesting the same in open court before the parties in the above-captioned action, all of whom were present.

                                                                       Law Office of Geoffrey Batsiyan, PLLC.

                                                                      By:

                                                                      Geoffrey Batsiyan

                                                                      2753 Coney Island Ave., Suite 224

                                                                    Brooklyn NY 11235

                                                                    347-492-7755

                                                                    *Attorney for Defendants*