UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

ZEMLYANSKY et al.

                          Defendants.

------------------------------------------------------------X

ECF Case

1:12-cr-00171 (JPO)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE



**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court before the Honorable Judge J. Paul Oetken, at the United States Courthouse of the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing admission of movant, a member of the Zuppa Firm PLLC and a member in good standing of the Bar of the State of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant **Boris Treysler**. There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

Raymond Joseph Zuppa
The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, NY 11530
Phone: (516) 280-9833
Fax: (516) 280-9834
rayzuppa@optonline.net

Dated: Nassau, New York
       March 30, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

ZEMLYANSKY et al.

                 Defendants
-----------------------------------------------------------X

**AFFIDAVIT OF RAYMOND JOSEPH ZUPPA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

1:12-cr-00171-JPO

State of New York  )
                      ) ss.
County of Nassau  )

RAYMOND JOSEPH ZUPPA, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the Zuppa Firm PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York. (**Exhibit A**)

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that the undersigned be permitted to appear as counsel and advocate pro hac vice for the Defendant Boris Treysler. Please find annexed at **Exhibit B** the proposed Order permitting the undersigned to appear for all purposes as counsel for Boris Treysler in the above entitled action.

_____
RAYMOND JOSEPH ZUPPA
The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, NY 11530
rayzuppa@optonline.net
(516) 280-9833

Sworn to before me this
29th day of March 2012

_____
Notary Public

BRIAN C. PASCALE
Notary Public, State of New York
No. 02PA6145267
Qualified in Suffolk County
Commission Expires May 1, 20 14

2

**A**



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Raymond Joseph Zuppa** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **25th** day of **June 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **March 29, 2012**.

Clerk of the Court

**B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

ZEMLYANSKY et al.

                      Defendants.
-----------------------------------------------------------------X

1:12-cr-00171 (JPO)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Raymond Joseph Zuppa for admission to practice Pro Hac Vice in the above captioned action is granted.

The Applicant has declared that he is a member in good standing of the bar of the State of New York; and that his contact information is as follows:

    Raymond Joseph Zuppa
    The Zuppa Firm PLLC
    1205 Franklin Avenue
    Suite 340
    Garden City, NY 11530
    Phone: (516) 280-9833
    Fax: (516) 280-9834
    rayzuppa@optonline.net

The Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Boris Treysler in the above captioned action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

2

Case Filing (ECF) system, counsel shall immediately apply for an ECF pass word at <u>apply for an ECF Password</u>.

Dated: _____

_____
United States District / Magistrate Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------------X<br>UNITED STATES OF AMERICA<br><br>                              -v-<br><br>ZEMLYANSKY et al.<br><br>                              Defendants.<br>----------------------------------------------------------------X | ECF Case<br><br>1:12-cr-00171-JPO<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on April 2, 2012, service of the Motion to Appear Pro Hac Vice was made upon all parties, except for Jeffrey Lereah for whom no counsel is listed, via electronic mail at the following:

carolina.fornos@usdoj.gov

rfischetti@aol.com

david_patton@fd.org

fhafetz@hnrlawoffices.com

jrfesq61@aol.com

bab@quadrinoschwartz.com

james@jamesneuman.com

gtsirelman@gtmdjd.com

mazuerek@clayro.com

locohen@aol.com

pvpesq1@aol.com

aarongoldsmithlaw@gmail.com

jjd25esq@aol.com

lefcourt@lefcourtlaw.com

tmirvis@optonline.net

skedia@kedialaw.com

jmsteinesq@aol.com

sscaring@scaringlaw.com

jkirshner@braflaw.com

mfarkas@farkaslawfirm.com

stan@myersgaliardo.com

kankrumahesq@aol.com

jamesrothesq@gmail.com

mfurman@hpf-law.com

albertdayan@hotmail.com

ggarber@glenngarber.com

jonathan@davidofflawfirm.com

jeremygutm@aol.com

donnanewmanlaw@aol.com

willstatter@msn.com

fcohn@frederickhcohn.com

caraemanz@gmail.com

_____
RAYMOND JOSEPH ZUPPA

The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, NY 11530
rayzuppa@optonline.net
(516) 280-9833

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

1:12-cr-00171 (JPO)

v.

ZEMLYANSKY et al.

Defendants.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

THE ZUPPA FIRM PLLC

By: Raymond Joseph Zuppa Esq.
1205 Franklin Avenue
Suite 340
Garden City, NY 11530
rayzuppa@optonline.net
(516) 280-9833