# THE ZUPPA FIRM PLLC

1205 Franklin Avenue
Suite 340
Garden City, NY 11530
Phone: (516) 280-9833
Fax: (516) 280-9834



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2012

June 8, 2012

VIA FACSIMILE

The Honorable Judge J. Paul Oetken
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    U.S. v. Zemlyansky (Boris Treysler) et al. 12-CR-171 (JPO)

Dear Judge Oetken:

I write to request a modification of the conditions of pre-trial home confinement for defendant Boris Treysler in the above-entitled matter.

The middle school graduation ceremony for Mr. Treysler's 13 year old daughter Rachel will be held on June 15, 2012 at 5:00 pm at the Bedford Middle School, 88 North Avenue, Westport Connecticut. Mr. Treysler respectfully requests that he be permitted to attend the above graduation ceremony with his family.

The entire ceremony lasts from 5:00 pm to 7:00 pm. However the travel time is approximately 67 miles in each direction. Most importantly the trip involves travel over the "I-95 corridor" which is dense in traffic. As such I am respectfully requesting that Mr. Treysler be allowed to leave his home at 2:30 pm and return by 9:30 pm.

I have communicated with Mr. Dennis Khilkevich, Mr. Treysler's Pretrial Services Officer, and AUSA Carolina Fornos, both of whom graciously explicitly stated that there was no objection to the requested modification to the conditions of Mr. Treysler's home confinement.

With Much Respect,

Raymond J. Zuppa

APPLICATION GRANTED:

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

6/11/12