# THE ZUPPA FIRM PLLC

1205 Franklin Avenue
Suite 340
Garden City, NY 11530
Phone: (516) 280-9833
Fax: (516) 280-9834

```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2012
```

June 26, 2012

<u>VIA FACSIMILE</u>

The Honorable Judge J. Paul Oetken
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street

Re:    U.S. v. Zemlyansky (Boris Treysler) et al. 12-CR-171 (JPO)

Dear Judge Oetken:

I write to request a modification of the conditions of pre-trial home confinement for defendant Boris Treysler in the above-entitled matter.

I submit this letter to the Court respectfully seeking permission for Boris Treysler to attend his daughter's birthday party on Saturday June 30, 2012. The party is being held near Mr. Treysler's home in Brooklyn. The party is being held at: Plaster Galaxy, 2756 Coney Island Ave., Brooklyn, NY 11235 (718)769-8500.

Again the requested date is June 30, 2012 from 3:30-7:30pm (this includes travel time).

I have communicated with Mr. Dennis Khilkevich, Mr. Treysler's Pretrial Services Officer. Mr. Khilkevich voiced the following objection: "Pretrial Services objects (standard response regarding routine social events)." I also communicated with AUSA Carolina Fornos, who, on the behalf of the government, also objected: "We object."

Nevertheless, disheartened but still determined, I still humbly request that Mr. Treysler be permitted to attend the above birthday party.

With Much Respect,

Raymond J. Zuppa

**APPLICATION GRANTED:**

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

6/27/12